UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA                         :
                                                 :
v.                                               :     **RESCHEDULING ORDER**
                                                 :
**Andrew Chambers,**                             :     7-22-cr-00102-PMH
               Defendants.                       :
                                                 :
------------------------------------------------------------x

Sentencing in this matter is rescheduled to October 31, 2022 at 11:00 am in Courtroom 520 at the White Plains Courthouse.

Defendant's submission is due on 10/17/2022. Government's submission is due by 10/24/2022.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: September 13, 2022                SO ORDERED:

                                         _____
                                         Philip M. Halpern, U.S.D.J