UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
UNITED STATES OF AMERICA,    :

                                   :          **RESCHEDULING ORDER**

v.                              :

                                   :

ANDREW CHAMBERS,          :

                                   :          7:22-CR-102 (PMH)

               Defendant.     :
-----------------------------------------------------x

PHILIP M. HALPERN, United States District Judge:

      At defendant's request, on consent of the Government, sentencing in this matter has been

adjourned to September 13, 2023 at 11:00 a.m. in Courtroom 520.


SO-ORDERED:

Dated:  White Plains, New York
        September 7, 2023

                                          _____
                                        Philip M. Halpern
                                        United States District Judge