UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :      **RESCHEDULING ORDER**
v.                                  :
                                    :
ANDREW CHAMBERS,                    :
                                    :      7:22-CR-102 (PMH)
              Defendant.            :
-----------------------------------------------------x

PHILIP M. HALPERN, United States District Judge:

At defendant's request, on consent of the Government, sentencing in this matter has been adjourned to September 18, 2023 at 11:30 a.m. in Courtroom 520.

SO-ORDERED:

Dated: White Plains, New York
       September 13, 2023

_____
Philip M. Halpern
United States District Judge