UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,   :
                                                       :      **ORDER**

v.   :

ANDREW CHAMBERS,   :
                                                       :      7:22-CR-102 (PMH)
                Defendant.   :
-------------------------------------------------------x

PHILIP M. HALPERN, United States District Judge:

       The Court received a request from Samuel L. Raymond, Assistant United States Attorney, for a copy of a sealed document entered in this case. The Court has called up from sealed records the requested document (Doc. 43). The United States Attorney's Office shall confer with my staff to schedule a mutually agreeable time to retrieve the document from my Chambers.

SO-ORDERED:

Dated: White Plains, New York
           October 24, 2023

                                                               _____
                                                               Philip M. Halpern
                                                               United States District Judge