# LIPMAN & BOOTH, LLC
### ATTORNEYS AT LAW

CHRISTOPHER BOOTH
NOAH LIPMAN (RET)

...ADWAY, SUITE 1054
...k, New York 10004
...2) 363-6969
...2) 363-6041
...lipmanandbooth.com

The Hon. Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601
Via ECF

> In light of the representations in the Government's letter dated November 2, 2023 (Doc. 47), Defendant's application is granted. Pretrial Services is directed to return Defendant's U.S. passport to him. The Clerk of Court is respectfully requested to terminate the pending letter-motion (Doc. 45).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        November 3, 2023

Re:   **United States v. Andrew Chambers**
      **Indictment 22-Cr-102 (PMH)**
      **Release of Passport**

Dear Judge Halpern:

     Mr. Chambers has been sentenced in this case, remains at liberty and is in compliance with all terms. Pre-trial Services has advised Mr. Chambers that a court order is required to allow them to permanently release his U.S. Passport. Accordingly, it is respectfully requested that U.S. Pre-trial Services is directed to return Mr. Chambers U.S. Passport to him.

                        Thank you,

                        /s
                        Christopher Booth